JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES PEREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 18-8125 (SS)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: August 20, 2019

                                                /S/
                                      SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE